Bruce P. Keller (bpkeller@debevoise.com)
David H. Bernstein (dhbernstein@debevoise.com)*
Michael Potenza (mpotenza@debevoise.com)
Jared I. Kagan (jikagan@debevoise.com)*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Conopco, Inc.
*admitted pro hac vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------ x
CONOPCO, INC., doing business as UNILEVER,      :
                                                 :  14 Civ. 06856 (WHW)(CLW)
                    Plaintiff,                   :  **ECF CASE**
                                                 :
        -against-                                :  **NOTICE OF MOTION FOR**
                                                 :  **PRELIMINARY**
HAMPTON CREEK, INC.,                             :  **<u>INJUNCTION</u>**
                                                 :
                    Defendant.                   :
------------------------------------------------------------------------ x

    PLEASE TAKE NOTICE that, on December 1, 2014 at 10:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, plaintiff Conopco, Inc., doing business as Unilever, shall move before the Honorable William H. Walls, U.S.D.J. at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for a preliminary injunction pursuant to Fed. R. Civ. P. 65. This motion is filed in accordance with Local Civil Rule 7.1(b).

PLEASE TAKE FURTHER NOTICE that plaintiff shall rely upon the papers and pleadings on file in this Court, the complaint, the memorandum of law, and the supporting declarations and exhibits submitted herewith.

Plaintiff requests oral argument. A proposed form of Order is enclosed.

Dated: New York, New York
November 7, 2014

DEBEVOISE & PLIMPTON LLP

By: /s/ Michael Potenza
Bruce P. Keller (bpkeller@debevoise.com)
David H. Bernstein (dhbernstein@debevoise.com)*
Michael Potenza (mpotenza@debevoise.com)
Jared I. Kagan (jikagan@debevoise.com)*
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Plaintiff Conopco, Inc. dba Unilever*
*\*admitted pro hac vice*

TO: Peter D. Vogl
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
*Attorneys for Defendant Hampton Creek, Inc.*