UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------- x
CONOPCO, INC., doing business as UNILEVER,    :
                      Plaintiff,    :
                      -against-    :    14 Civ. 06856 (WHW)(CLW)
HAMPTON CREEK, INC.,    :    **ECF CASE**
                      Defendant.    :
------------------------------------------------------------------- x

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Conopco, Inc. hereby voluntary dismisses this action.

Dated:  December 18, 2014

                Respectfully submitted,

                DEBEVOISE & PLIMPTON LLP

                By:  ___/s/Bruce P. Keller_____
                      Bruce P. Keller (bpkeller@debevoise.com)
                      David H. Bernstein* (dhbernstein@debevoise.com)
                      Michael Potenza (mpotenza@debevoise.com)
                      Jared I. Kagan* (jikagan@debevoise.com)
              919 Third Avenue
              New York, NY 10022
              (212) 909-6000

              *Attorneys for Plaintiff Conopco, Inc. d/b/a Unilever*
              **admitted pro hac vice*